# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2025

## NO. 03-25-00585-CV

**Foodiz Business, Inc., Appellant**

**v.**

**Olegaria Noguez Garcia, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS

This is an appeal from the order signed by the trial court on March 5, 2025. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.